IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY WAYNE TURNER                                    PLAINTIFF

v.                      NO. 3:23-cv-00013-PSH

KILOLO KIJAKAZI, Acting Commissioner                    DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 13th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE